IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

James Clayton Nelson #148536 )
Full name and prison number )
of plaintiff(s) )
)
)
V. )
)   CIVIL ACTION NO. 2:05CV904
Alabama Pardons and Paroles )   (To be supplied by the clerk
)   of U.S. District Court)
Board. )
)
_____ )
_____ )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

2005 SEP 22  A 9: 44

I.    PREVIOUS LAWSUITS
      A.    Have you begun other lawsuits in state or federal
            court dealing with the same or similar facts involved
            in this action?  YES( )  NO(X)

      B.    Have you begun other lawsuits in state or federal
            court relating to your imprisonment?  YES( )  NO(X)

      C.    If your answer to A or B is yes, describe each lawsuit
            in the space below. (If there is more than one lawsuit,
            describe the additional lawsuits on another piece of
            paper, using the same outline.)

            1.    Parties to this previous lawsuit:

                  Plaintiff(s) _____

                  _____

                  Defendant(s) _____ N/A _____

                  _____

            2.    Court (if federal court, name the district; if
                  state court, name the county) _____

                  _____ N/A _____

4

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

    _____

5.  Disposition(for example: Was the case dismissed?
    Was it appealed? Is it still pending?) _____

    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT *Holman Correctional facility*

    *Holman 3700 — Atmore, Ala. 36503*

    PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____

    *Alabama Pardons and Parole Board*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
     CONSTITUTIONAL RIGHTS.

              NAME                    ADDRESS

1.  *Alabama Pardons and Paroles Board    Po Box 302405  Montgomery Ala. 36103*

2.  *Ernest Gonzales — Ala. Probation and Parole officer    Fayette Ala. 35555*

3.  _____

4.  _____

5.  _____

6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

    _____

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
     THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

     GROUND ONE: *Erroneous and Falwse information about sexual Crimes*

     *Never committed or convicted of was put in P.S.I. report By the Ala. Pardons*
     *and Paroles Board.*

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was sentenced for (2 ct) second degree kidnap and (1 ct) of second degree assault on Sept. 30 1998. Probation and Parole officer Gonzales put's False information of sexual crimes I've never committed, nor convicted of. He also states in his report that the charges were Nol-processed which is also False, the state admits on record evidence shows only kidnap, and "dismissed" other charges on the states own motion...

GROUND TWO: _____

Victim impact statement contains False information concerning sex crimes.

SUPPORTING FACTS: Probation and Parole officer states in victim impact statements That - He made her have oral Sex with him, when not satisfied, he made her have intercourse with him, victim was chained around Neck to tree and raped at gun point. Neither statements shows rape at gun point, nor does any court records show this, This False information was added by probation and Paroles to inflict more injustice upon plaintiff by having him Classed as and treated as a sex offender without any proof or conviction...

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____

_____

_____

_____

_____

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seeks equitable relief only, requesting an order to issue expunging
the erroneous false and misleading information from P.S.I. report and
all institutional records, and a proper and correct P.S.I. report done.

_____
                Signature of plaintiff(s)

    I declare under penalty of perjury that the foregoing is true
and correct.

    EXECUTED on  Sept. 19  05  _____.
                        (Date)

_____
                Signature of plaintiff(s)