In The United States District Court
for middle District of Alabama

James Clayton Nelson 178536            X
    plaintiff                          X
                                       X
    v.                                 X    Civil No # 2:05 CV-904-T
                                       X
Alabama Board of Pardons and Paroles   X
    Defendants                         X
                                       X
                                       X
                                       X

## OBJECTION

Comes Now The plaintiff James Clayton Nelson in the above cause and objects to the magistrate's recommendation to transfer case to Northern District of the United States District Court.

(Ground 1)
  The final report sent to the Alabama DOC was titled Alabama Board of Pardons and Paroles -Report of investigation.

(Ground 2) The Rules of Statement of Procedures states
  Your complaint may be brought in this court only if one or more of the named defendants are located in the geographical area covered by the United States District Court for the middle District of Alabama.
  Since Alabama Pardons and Parole Board is listed and the only ones who can remove the false information from all files, This is the proper Jurisdiction..

Ground 3) Plaintiff has also just found out that the Probation and Parole officer Ernest Gonzales has retired and may not be located in Fayette County No more.

"Prayer sought"

That the magistrate Judge will reconsider is opinion to transfer and set a date for a hearing or let litigation of the facts and evidence be presented and ruled upon by this Honorable Court.

Thank you.

_James Nelson_  148536

Date: 10-17-05

Certificate of service

I James Nelson hereby swears under oath that all is true and correct to my knowledge, and I have mailed this 10 day of Oct. 2005 to this Honorable Court and Parole office.

_James Nelson_