IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JAMES CLAYTON NELSON,      )
                           )
    Plaintiff,              )
                           )
                           )    CIVIL ACTION NO.
    v.                      )      2:05cv904-T
                           )
ALABAMA BOARD OF PARDONS    )
AND PAROLES and ERNEST     )
GONZALES, Alabama          )
Probation and Paroles,     )
                           )
    Defendants.             )

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objection (Doc. No. 4) are overruled.

(2) The recommendation of the United States Magistrate Judge (Doc. No. 3) is adopted.

    **(3) This cause is transferred to the United States District Court for the Northern District of Alabama.**

The clerk of the court is **DIRECTED** to take appropriate steps to effect the transfer.

**DONE, this the 1st day of November, 2005.**

                                       <u>/s/ Myron H. Thompson</u>
                                      **UNITED STATES DISTRICT JUDGE**