| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Albert Colem*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  11/2/05 |
| 1. Article Addressed to:<br><br>Hon. Perry Mathis<br>Clerk, U. S. District Court<br>Northern District of Alabama<br>140 U. S. Courthouse<br>1729 5th Avenue North<br>Birmingham, Al. 35203 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>2:05 CV 904 T<br>entire file<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from ...)  7005 1160 0001 3017 0736 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |